JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONRELL DONOVAN MURPHY,<br><br>    Petitioner,<br><br>vs.<br><br>CLARK E. DUCART, Warden,<br><br>    Respondent. | Case No. CV 13-08901-BRO (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: March 13, 2015

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE